### CHARLES COLEMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Coleman's petition for certification for appeal from the Appellate Court, 108 Conn. App. 836 (AC 28022), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

---

* The appeal was withdrawn May 19, 2009.

*David J. Reich,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided September 10, 2008